# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Maven Engineering Corporation | ) ASBCA No. 62043 |
| | ) |
| Under Contract No. SPE4A7-17-P-B572 | ) |

APPEARANCES FOR THE APPELLANT: Andrew J. Mohr, Esq.
C. Kelly Kroll, Esq.
  Morris, Manning & Martin, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Edward R. Murray, Esq.
Brittany Z. Moriarty, Esq.
  Trial Attorneys
  DLA Aviation
  Richmond, VA

## ORDER OF DISMISSAL

On April 17, 2019, appellant filed a notice of appeal with the Board from a March 13, 2019 email it characterized as a "contracting officer's final decision." On May 13, 2019, the government filed a motion to dismiss the appeal for lack of jurisdiction, alleging that appellant's claim failed to include a sum certain. In response, by letter dated May 28, 2019, appellant notified the Board that it wished to withdraw the appeal, and stated that it intended to file a new claim with the contracting officer to address some of the issues raised by the government in its motion to dismiss. The government does not oppose appellant's request. By Order dated June 6, 2019, the Board notified the parties that it intended to dismiss this appeal without prejudice unless either party objected within 14 days of the date of this Order. The Board has not received an objection from either party.

Accordingly, the appeal is dismissed from the Board's docket without prejudice to the contractor's submittal of a new claim to the contracting officer.

Dated: July 22, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62043, Appeal of Maven Engineering Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals